**98–276. State v. Irizarry–Romero.**

Licking App. No. 95CA121. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**98–440. State v. Hamilton.**

Franklin App. No. 97APA10–1350. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–461. State v. McCants.**

Cuyahoga App. Nos. 73601, 73602, 73603 and 73604. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**98–483. State v. Sunnycalb.**

Butler App. No. CA97–05–100. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–499. Galt Alloys, Inc. v. Keybank Natl. Assn.**

Stark App. No. 97CA00264. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at page two of the court of appeals' Judgment Entry filed March 2, 1998:

"Must actual notice of the date, time, and location of a sheriff's sale be afforded to a defaulting defendant in a foreclosure action?"

The conflict cases are *Martin v. M & S Dev. Co.* (Dec. 29, 1995), Lake App. No. 94–L–072, unreported; *Equitable Life Assur. Soc. of the United States v. Ruggeri* (Mar. 22, 1996), Trumbull App. No. 94–T–5175, unreported, 1996 WL 200560; and *Hall v. Trapper John's Canoe Livery, Inc.* (Oct. 31, 1996), Franklin App. No. 96APE04–519, unreported.

*Sua sponte,* cause consolidated with 98–437, *infra.*

RESNICK, J., not participating.

**98–517. State v. Creasy.**

Franklin App. No. 94APA03–376. On motion for leave to file delayed appeal. Motion denied.

**98–538. State v. McMillian.**

Hamilton App. No. C–950523. On motion for leave to file delayed appeal. Motion denied.

**98–546. Hillyer v. Painesville Twp. Local Bd. of Edn.**

Lake App. No. 97–L–161. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry dated March 10, 1998:

"[I]t is the order of this Court that the record of the instant appeal shall be certified to the Supreme Court of Ohio for review in the determination of the following legal issue: Whether R.C. 2501.02 and 2744.02(C), as amended effective January 27, 1997, may be applied to a case that is commenced prior to that date in which the trial court overruled a motion for summary judgment asserting sovereign immunity after the effective date of the statute."

The conflict case is *Kagy v. Toledo–Lucas Cty. Port Auth.* (Nov. 10, 1997), Fulton App. Nos. F–97–006 and F–97–009, unreported, 1991 WL 416344.

*Sua sponte,* cause consolidated with 98–387, *infra,* and cause held for the decision in 97–1870, *infra;* briefing schedule stayed.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**98–560. State v. Runnels.**

Montgomery App. No. 16273. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–564. State v. Rutan.**

Franklin App. No. 97APA03–389. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.